UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LUIS GUTIERREZ,<br><br>　　　　　　Petitioner,<br>　　v.<br>LARRY SMALL,<br><br>　　　　　　Respondent. | ) CV 09-00844-SVW (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 7, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1